IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-22950-UU

AMANDA WEST and PRISCILLA PEREZ,
individually and on behalf of all others
similarly situated,

    *Plaintiffs*,

v.

EXAMSOFT WORLDWIDE, INC.,

    *Defendant*.

## JOINT MOTION TO EXTEND STAY AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiffs Amanda West and Priscilla Perez ("Plaintiffs") and Defendant ExamSoft Worldwide, Inc. ("ExamSoft" or "Defendant") respectfully request that the Court extend the existing stay in the above-captioned action pending determination of the parties' forthcoming motion to approve settlement. In support of their Motion, the moving parties state as follows:

### BACKGROUND

This putative class action lawsuit arises out of the alleged malfunction of Defendant's software program, known as SofTest, which was used by applicants sitting for the July 2014 bar exam. Plaintiffs' complaint, filed on August 21, 2014, alleges that SofTest malfunctioned during the bar exam and asserts various causes of action against ExamSoft, including breach of contract and negligence. Five other putative class action complaints asserting substantially similar causes of action grounded in substantially similar alleged facts have been filed and are now pending in various district courts across the country.

On October 23, 2014, the Court stayed proceedings in this matter to provide the parties time to participate in a mediation in an attempt to resolve this dispute. [ECF No. 22]. On January 15, 2015, the parties in this action and the related actions participated in a productive mediation. On February 13, 2015, the parties reported back to the Court regarding their substantial progress and sought an extension of the stay so that they could continue to work with each other and the mediator to finalize the outstanding terms of a proposed settlement in principle. [ECF Nos. 23-24]. On February 19, 2015, the Court extended the stay through March 16, 2015. [ECF No. 25]. As reported in the parties' Joint Status Report, filed contemporaneously with this Motion, the parties have now reached agreement on all material terms of a settlement. The parties intend to work together to draft approval papers and file them in this Court in the coming weeks to seek judicial approval of the settlement. In light of the foregoing and to conserve judicial resources, the parties jointly and respectfully request that the Court extend the stay in this matter pending submission of their forthcoming motion to approve settlement. If the parties have not filed the motion within 45 days of entry of the attached proposed order, they will file a joint status report updating the court on their progress.

## ARGUMENT

"[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 683 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). It is well within the Court's discretion to grant a stay pending its consideration of whether to approve a class action settlement. *See Diaz v. HSBC Bank USA, N.A.*, No. 13-21104-CIV, 2014 WL 1218701, at *2 (S.D. Fla. Mar. 24,

2014) (Moreno, J.) (stating that the court granted a stay pending a forthcoming motion to approve a class action settlement).

When determining whether to stay proceedings, a district court must "weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 255. Specifically, the competing interests to be balanced in determining whether to enter a stay are (1) the potential prejudice to the non-moving party; (2) the hardship and inequity to the moving party if the action is not stayed; and (3) the conservation of judicial resources. *See Toback v. GNC Holdings, Inc.*, No. 13-80526-CIV, 2013 WL 5588251, at *1 (S.D. Fla. Oct. 10, 2013) (Cohn, J.); *Jones v. United States*, Nos. 08-60272-CIV-COHN, 04-60216-CR-COHN, 2008 WL 2594684, at *1 (S.D. Fla. May 12, 2008) (White, J.)

In the case at bar, the balance of these interests clearly weighs in favor of staying proceedings. There is no risk of prejudice or hardship here, since the parties jointly seek a stay. At the same time, failure to grant a stay would impose unnecessary litigation expenses upon the parties and detract from their efforts to obtain approval of the settlement. Finally, staying the present proceeding would prevent the waste of judicial resources on motion practice and discovery that will be unnecessary if the parties' settlement is approved.

## CONCLUSION

For the reasons set forth above, the parties jointly and respectfully request that the Court enter the order in the proposed form attached hereto as Exhibit A, staying proceedings in this action pending submission of the parties' forthcoming motion to approve settlement and providing that, if the parties have not filed their motion within 45 days, they will file a joint status report updating the court on their progress.

Dated: March 16, 2015                                Respectfully submitted,

*/s/ John Allen Yanchunis, Sr.*                      */s/ Eva M. Spahn*

John Allen Yanchunis, Sr.                            David A. Coulson
Florida Bar No. 324681                               Florida Bar No. 0176333
MORGAN & MORGAN                                      Eva Merian Spahn
Complex Litigation Group                             Florida Bar No. 0092063
201 N. Franklin Street, 7th Floor                    GREENBERG TRAURIG LLP
Tampa, FL 33602                                      333 SE 2nd Avenue
Tel: (813) 223-5505                                  Miami, Fl 33131
Fax: (813) 223-5402                                  Tel: (305) 579-0500
Email: tgivens@forthepeople.com                      Fax: (305) 579-0717
Email: jyanchunis@forthepeople.com                   Email: coulsond@gtlaw.com
                                                     Email: spahne@gtlaw.com
Tina Wolfson
AHDOOT & WOLFSON PC                                  Jay P. Lefkowitz, P.C. (*pro hac vice*
1016 Palm Avenue                                     application forthcoming)
West Hollywood, CA 90069                             Joseph Serino Jr., P.C. (*pro hac vice*
Tel: (310) 474-9111                                  application forthcoming)
Email: twolfson@ahdootwolfson.com                    Kristin Sheffield-Whitefield (*pro hac vice*
                                                     application forthcoming)
*Attorneys for Plaintiffs*                           601 Lexington Avenue
                                                     New York, NY 10022
                                                     Tel: (212) 446-4800
                                                     Fax: (212) 446-6460

                                                     *Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) have been so served on the 16th of March, 2015.

                                                              /s/ *Eva M. Spahn*
                                                              EVA M. SPAHN