IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-CV-22950-UU

AMANDA WEST and PRISCILLA PEREZ,
individually and on behalf of all others similarly
situated,

     *Plaintiffs*,

v.

EXAMSOFT WORLDWIDE INC.,

     *Defendant*.

_____

**JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED
CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, Amanda West, Priscilla Perez, Ravinder Rangi, Melissa C. Macias, Christopher Davis, Catherine Booher, Michael Casner, Stanley Constantine, Sean Whatley, Phillip Litchfield ("Plaintiffs"), on behalf of themselves and all others similarly situated, and ExamSoft Worldwide, Inc. ("Defendant" or "ExamSoft"), hereby jointly request that the Court grant Plaintiffs leave to file a Second Amended Class Action Complaint, in the form attached hereto as Exhibit 1, pursuant to Federal Rule of Civil Procedure 15(a)(2). The parties submit this request for the purpose of facilitating settlement of this and certain related cases, as reported in the parties' previous Joint Status Reports to the Court, and not for the purpose of delay. Therefore, good cause exists to grant this motion. In support of their request, the parties submit the following memorandum of law.

**MEMORANDUM OF LAW**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, once a pleading is served, a party may amend its pleading "only with the opposing party's written consent or the court's

leave [and] [t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend will be denied only in cases marked by undue delay, bad faith or dilatory motive, futility of amendment, or undue prejudice to the opposing party. *See, e.g., Int'l Schools Servs., Inc. v. AAUG Ins. Co., Ltd.*, No. 10-62115-CIV, 2012 WL 5192599, at *2 (S.D. Fla. June 6, 2012) (Altonaga, J.) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Simply put, the Court should allow leave to amend "unless there is a substantial countervailing reason." *Grayson v. K-Mart Corp.*, 79 F.3d 1086, 1110 (11th Cir. 1996) (granting leave to amend after finding no substantial countervailing reason to deny amendment); *see also Espey v. Wainwright*, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial.").

Here, there are no substantial reasons that justify denial of the parties' motion. As set forth above, the parties jointly request that Plaintiffs be granted leave to file a Second Amended Complaint for the purpose of facilitating the settlement of this and other related actions as reported to the Court in the parties' previous Joint Status Reports. *See* ECF Nos. 23, 29. The parties' instant request is made concurrently with the parties' motion for approval of such settlement, and is not intended to lift or otherwise impact the stay currently in place in this matter pending such approval. *See* ECF No. 31. Accordingly, there is no undue delay, bad faith or dilatory motive requiring denial of the requested leave to amend, and no party will be prejudiced by the relief requested herein.

## **CONCLUSION**

Based on the foregoing, Plaintiffs and ExamSoft jointly request that the Court enter an Order, a proposed form of which is attached hereto as Exhibit 2, granting Plaintiffs leave to file a Second Amended Class Action Complaint.

Dated: May 4, 2015                                              Respectfully submitted,

*/s/ John Allen Yanchunis, Sr.*                                 /s/  *Eva M. Spahn*

John Allen Yanchunis, Sr.                                       David A. Coulson
Florida Bar No. 324681                                          Florida Bar No. 0176333
MORGAN & MORGAN                                                 Eva Merian Spahn
Complex Litigation Group                                        Florida Bar No. 0092063
201 N. Franklin Street, 7th Floor                               GREENBERG TRAURIG LLP
Tampa, FL 33602                                                 333 SE 2nd Avenue
Tel: (813) 223-5505                                             Miami, Fl 33131
Fax: (813) 223-5402                                             Tel: (305) 579-0500
Email: jyanchunis@forthepeople.com                              Fax: (305) 579-0717
                                                                Email: coulsond@gtlaw.com
Tina Wolfson                                                    Email: spahne@gtlaw.com
AHDOOT & WOLFSON PC
1016 Palm Avenue                                                Jay P. Lefkowitz, P.C. (*pro hac vice*
West Hollywood, CA 90069                                        application forthcoming)
Tel: (310) 474-9111                                             Joseph Serino Jr., P.C. (*pro hac vice*
Email: twolfson@ahdootwolfson.com                               application forthcoming)
                                                                KIRKLAND & ELLIS LLP
*Attorneys for Plaintiffs*                                      601 Lexington Avenue
                                                                New York, NY 10022
                                                                Tel: (212) 446-4800
                                                                Fax: (212) 446-6460

                                                                Kristin Sheffield-Whitefield (*pro hac vice*
                                                                application forthcoming)
                                                                KIRKLAND & ELLIS LLP
                                                                555 California Street
                                                                San Francisco, CA 94104
                                                                Tel: (415) 439-1420
                                                                Fax: (415) 439-1500

                                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) have been so served on the 4th day of May, 2015.

/s/  Eva M. Spahn
EVA M. SPAHN
