UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-22950-UU

AMANDA WEST *et al.*,

    Plaintiffs,

v.

EXAMSOFT WORLDWIDE, INC.,

    Defendant.
_____/

## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Alicia M. Otazo-Reyes to take all necessary and proper action as required by law with respect to the **Plaintiffs' Motion for an Award of Attorney's Fees, Costs, Expenses & Service Awards to Class Representatives, D.E. 44,** and any motions for an extension of time associated therewith.  Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2015.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge Alicia M. Otazo-Reyes