# EXHIBIT A

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| EXAM1-100186947 | FOSTER HARRISON | TAFT | OXNARD | CA | 6/9/2015 |
| EXAM1-100190081 | STANTON | TERRANOVA | WESTERLY | RI | 7/11/2015 |
| EXAM1-100259995 | MAYA DILLARD | SMITH | SANDY SPRINGS | GA | 6/18/2015 |
| EXAM1-100301169 | HOWARD | SADOSKAS | CORPUS CHRISTI | TX | 7/9/2015 |